IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANA G. REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO.: 1:20-cv-03911-CAP |
| JANVIER REGINALD, EAGLE | ) | |
| EXPRESS LINES, INC. and | ) | DEMAND FOR JURY TRIAL |
| PROTECTIVE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for parties to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:

1. Ana G. Reynolds, an individual.

Defendants:

1. Eagle Express Lines, Inc. – Wholly-owned by Treadstone Capital Group, Inc.

2. Protective Insurance Company – Wholly-owned by Baldwin & Lyons, Inc.

3. Janvier Reginald, an individual.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. The law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2. The law firm of Raymond J. Doumar, PC.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1. Raymond J. Doumar, attorney for Plaintiff;

2. Bettis C. Rainsford, Jr., attorney for Plaintiff;

3. Mark A. Barber, attorney for Defendants Janvier Reginald, Eagle Express Lines, Inc. and Protective Insurance Company;

4. Brent W. Cole, attorney for Defendants Janvier Reginald, Eagle Express Lines, Inc. and Protective Insurance Company.

Respectfully submitted this 22nd day of October, 2020.

| | |
|---|---|
| | BAKER, DONELSON, BEARMAN |
| Monarch Plaza, Suite 1600 | CALDWELL & BERKOWITZ, PC |
| 3414 Peachtree Road NE | |
| Atlanta, Georgia 30326 | _/s/   Brent W. Cole_ |
| Telephone:  (404) 577-6000 | MARK A. BARBER |
| Facsimile:  (404) 221-6501 | Georgia State Bar No. 036875 |
| Email: mbarber@bakerdonelson.com | BRENT W. COLE |
| Email: bcole@bakerdonelson.com | Georgia State Bar No. 294999 |
| | *Attorneys for Defendants Eagle Express Lines, Inc. and Protective Insurance Company* |

## **CERTIFICATION PURSUANT TO LOCAL RULE 5.1B**

This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 22nd day of October, 2020.

                                                BAKER, DONELSON, BEARMAN
                                                CALDWELL & BERKOWITZ, PC

                                                */s/  Brent W. Cole*
                                                Georgia State Bar No. 294999
                                                *Attorneys for Defendants Janvier Reginald, Eagle Express Lines, Inc. and Protective Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that on October 22, 2020, I served a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorneys of record:

Raymond J. Doumar
Bettis C. Rainsford, Jr.
Raymond J. Doumar, PC
One 10th Street, Suite 700
Augusta, Georgia 30901
*Attorneys for Plaintiff Ana G. Reynolds*

| | |
|---|---|
| Monarch Plaza, Suite 1600 | BAKER, DONELSON, BEARMAN |
| 3414 Peachtree Road NE | CALDWELL & BERKOWITZ, PC |
| Atlanta, Georgia 30326 | |
| Telephone: (404) 577-6000 | /s/  Brent W. Cole |
| Facsimile: (404) 221-6501 | BRENT W. COLE |
| Email: bcole@bakerdonelson.com | Georgia State Bar No. 294999 |
| | *Attorney for Defendants Janvier Reginald, Eagle Express Lines, Inc. and Protective Insurance Company* |